DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT DYE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2621

[March 5, 2026]

Appeal of order denying 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Judge Caroline C. Shepherd, Judge; L.T. Case Nos. 502019CF008109A; 502019CF008159A; 502019CF006843A.

Robert Dye, Orlando, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***